# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

N. G. HANNAH, *pro se*,

    Plaintiff(s),

v.                                         CASE NO:  8:12-CV-974-T-30TBM

LT. NORRIS, et al.,

    Defendant(s).

_____/

## ORDER OF DISMISSAL

Plaintiff has failed to show cause, in writing, why this action should not be dismissed for lack of service pursuant to Rule 4(m), Fed. R. Civ. P., in accordance with this Court's Second Order to Show Cause (Dkt. #4) entered on September 20, 2012.  It is therefore

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed without prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on October 10, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
Counsel/Parties of Record

*F:\Docs\2012\12-cv-974.dismissal.wpd*